UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SYLVESTER LARNELL EVANS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-14201** |
| **JEFFERSON PARISH** | **SECTION: "E" (1)** |

## ORDER

Before the Court is a Complaint, filed by Plaintiff Sylvester Larnell Evans, Jr., against Jefferson Parish.[1]

This matter was referred to the United States Magistrate Judge, who issued her Report and Recommendation on May 6, 2019.[2] The period for objections ended on May 20, 2019, with no objections filed. The Court, having considered the Complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, finds the Magistrate Judge's findings are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**New Orleans, Louisiana, on this 28th day of May, 2019.**

                                               **SUSIE MORGAN**
                             **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 12.